UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC D. DONALDSON, | Case No. EDCV 15-1932 RGK(JC) |
| Petitioner, | (PROPOSED) |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| M.E. SPEARMAN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Amend/Supplement the Petition ("Motion to Supplement"), and all of the records and submissions by the parties herein, including the September 19, 2018 Superseding Report and Recommendation of United States Magistrate Judge ("Superseding Report and Recommendation") and pleadings referenced therein. The Court approves and accepts the Superseding Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion to Supplement is denied; (2) petitioner's requests for the appointment of counsel, discovery, and an evidentiary hearing are denied; (3) the Petition is denied and this action is dismissed with prejudice because petitioner's claims (and proposed additional

claims in the Motion to Supplement) are time-barred and without merit; and (4) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: November 7, 2018

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE