UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC D. DONALDSON, | ) | Case No. EDCV 15-1932 RGK(JC) |
| Petitioner, | ) | (~~PROPOSED~~) |
| v. | ) | JUDGMENT |
| M.E. SPEARMAN, | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: November 7, 2018

*/s/ Gary Klausner*
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE